CLARA L. PENROSE, Respondent, v. LILLIAN M. DOODY and Others, Defendants, and MARGUERITE DOODY, Appellant.— Order granting plaintiff's motion for a writ of assistance, directing that she be put in possession of premises purchased under a judgment of foreclosure and sale, and that defendant Marguerite Doody and her personal possessions be removed therefrom, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

ANTOINETTE PETTERSEN, as Administratrix, etc., of JOHAN F. PETTERSEN, Deceased, Respondent, v. HENRY DuBois SONS COMPANY, Appellant. (Appeal No. 1.) ANTOINETTE PETTERSEN, as Administratrix, etc., of JOHAN F. PETTERSEN, Deceased, Respondent, v. HENRY DuBois SONS COMPANY, Appellant. (Appeal No. 2.) — Action to recover for the death of plaintiff's intestate, a bargeman, who was killed while flushing the deck of a scow that was being towed by a tugboat. [First Appeal.] Appeal by the defendant from an order, as resettled, granting plaintiff's motion and striking out the first, third and fourth paragraphs and the second, third and fifth affirmative defenses of the amended answer, with leave to plead over. Order modified by striking out the provisions thereof granting plaintiff's motion as to the third and fifth affirmative defenses and denying the motion of the plaintiff to strike them out, and as so modified affirmed, without costs. In our opinion, a determination as to these defenses, which plead assumption of risk and the efficacy of the compensation act, should await the trial of the issues and the proof adduced with respect thereto. [Second Appeal.] Order granting in part plaintiff's motion for an examination before trial affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

VINCENZO PIAZZA and MARIA PIAZZA, Respondents, v. NATIONAL RESERVE INSURANCE COMPANY, Appellant.— In an action upon a policy of insurance to recover damages for loss by fire, judgment in favor of the plaintiffs reversed on the law and a new trial granted in the interest of justice, without costs, upon condition that within ten days from the entry of the order hereon the appellant pay $100 to the respondents or to their attorney; in default of which the judgment is unanimously affirmed, with costs. This disposition of the appeal will give the appellant an opportunity to make such motion with reference to the order of preclusion as it may be advised. Upon the disputed facts with relation to the oral agreement between the attorneys about the order of preclusion, we think a mistrial should have been granted upon suitable terms. Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ., concur.